UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Joy Johnson,

        Plaintiff

v

Wetsch Abbott Osborn Van Vliet, PLC.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:19-cv-00006

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Defendant's Motion to Dismiss for lack of jurisdiction (ECF No. 9) is granted. This case is dismissed.

Date: March 22, 2019

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk